**Order filed January 26, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00142-CR
_____

**TRISTAN ANDRE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 1557222**

## O R D E R

The clerk's record was filed March 27, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Pre-sentence Investigation Report.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before February 5, 2021, containing the Pre-sentence Investigation Report.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Jewell and Poissant.